FILED

MAY 27 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 21-50045 |
| --- | --- |
| Plaintiff-Appellant, | 21-50073 |
| v. | D.C. No. 2:19-cr-00740-CJC-1<br>Central District of California,<br>Los Angeles |
| JOSE REYES, AKA Jose De Jesus Reyes, AKA Jose De Jesus Reyes-Soberanis, AKA Martin Mendes-Ayala, AKA Martin Mendez-Ayala, | ORDER |
| Defendant-Appellee. | |

Before: BYBEE and HURWITZ, Circuit Judges.

The parties' joint motion for a limited remand (Docket Entry No. 29) is granted. This appeal is remanded to the district court for the limited purpose of permitting the court to reconsider Reyes's motion to dismiss the indictment under the legal standard set forth in *United States v. Olsen*, 21 F.4th 1036 (9th Cir. 2022) (per curiam).

The government's motion for summary reversal (Docket Entry No. 19) is denied as moot.

Within 14 days after the district court's ruling on the motion to dismiss, appellant must file a motion to dismiss these consolidated appeals, or a request to

reset the briefing schedule, or other appropriate motion. Failure to file a motion within 14 days will terminate the limited remand.

Case 2:19-cr-00740-CJC   Document 93   Filed 05/27/22   Page 2 of 2   Page ID #:571