# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | CR 19-00740-CJC |
| Date | June 7, 2022 |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Rolls Royce Paschal | Debbie Hino-Spaan | Laura Alexander; Bram Alden |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jose Reyes | X | X | | Elena Sadowsky, DFPD | X | X | |

**PROCEEDINGS:   STATUS CONFERENCE IN LIGHT OF NINTH CIRCUIT COURT OF APPEALS ORDER**

Status Conference in Light of Ninth Circuit Court of Appeals Order held.

Cause is called for hearing and counsel make their appearances.  For the reasons stated on the record, counsel shall file a stipulation and proposed order.

Defendant's opening supplemental brief shall be filed on **June 28, 2022**.  Government to file its opposition on **July 12, 2022**.  Defendant shall file reply to the Government's opposition on **July 19, 2022**.  The hearing is set for **August 1, 2022, at 3:30 p.m.**

                                                                                    1  :  05

Initials of Deputy Clerk   rrp

CC: